IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO: 3:12-CV-00315-GCM

| | |
|---|---|
| SOUTHERN CONCRETE PRODUCTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, INC. | )<br>)<br>)<br>) |
| Defendant. | ) |

THIS MATTER is before the Court on D.J. O'Brien III's Application for Admission to Practice *Pro Hac Vice* of Lee H. Ogburn. It appearing that **Lee H. Ogburn** is a member in good standing with the Maryland State Bar and will be appearing with D.J. O'Brien III, a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

IT IS, THEREFORE, ORDERED that D.J. O'Brien III's Application for Admission to Practice *Pro Hac Vice* of **Lee H. Ogburn** is GRANTED, and that Lee H. Ogburn is ADMITTED to practice, *pro hac vice*, before the Bar of this Court while associated with D.J. O'Brien III.

So Ordered.

Signed: August 2, 2012

Graham C. Mullen
United States District Judge