IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-315-GCM

| | |
|---|---|
| SOUTHERN CONCRETE PRODUCTS, INC., ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | ORDER GRANTING ADMISSION PRO HAC VICE |
| TRAVELERS INDEMNITY COMPANY, ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **ANDREW J. PULLIAM**, filed August 23, 2012 [doc.# 15].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Pulliam is admitted to appear before this court *pro hac vice* on behalf of plaintiff.

**IT IS SO ORDERED.**

Signed: August 24, 2012

Graham C. Mullen
United States District Judge